[No. 5845–0–III. Division Three. May 16, 1985.]

MACK A. HOUSTON, ET AL, *Respondents,* v. FRANK J. MIKSCH, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Benton County, No. 82–2–00169–1, Richard G. Patrick, J., entered April 14, 1983. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 6696–7–III. Division Three. May 16, 1985.]

MICHAEL DE GRASSE, *as Administrator, Appellant,* v. ROBERT COLLINS, *Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 83–2–00177–4, James B. Mitchell, J., entered December 22, 1983. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 5933–2–III. Division Three. May 16, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. FRED EDWARD HOOPER, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 83–1–00186–8, Howard Hettinger, J., entered July 1, 1983. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.